In the Matter of BOARD OF COMMISSIONERS OF GREAT NECK PARK DISTRICT OF TOWN OF NORTH HEMPSTEAD, Respondent, v KINGS POINT HEIGHTS, LLC, Appellant.

Submitted February 7, 2011; decided April 5, 2011

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.

In the Matter of OTTO HARNISCHFEGER et al., Respondents, v DAVID MOORE, Chief of Police of Rochester Police Department, et al., Appellants.

Submitted February 7, 2011; decided April 5, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.